Daniel M. Cislo, Esq., No. 125,378
Dennis Larson, Esq., No. 48,983
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Email: dan@cislo.com
dlarson@cislo.com

Attorneys for Plaintiff,
GUTHY-RENKER LLC and
VICTORIA PRINCIPAL
PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTHY-RENKER CORPORATION, a Delaware limited liability company and VICTORIA PRINCIPAL PRODUCTIONS, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>EVOLUTION SKIN THERAPY, LLC., a Texas limited liability company, and DOES 1-9, inclusive,<br><br>Defendants. | CASE NO. CV 08-00911 VBF (FMOx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT EVOLUTION SKIN THERAPY, LLC, A TEXAS LIMITED LIABILITY COMPANY** |

///

///

This Default Judgment and Permanent Injunction is made pursuant to the motion for entry of default judgment by Plaintiffs GUTHY-RENKER LLC, a Delaware limited liability company, formerly known as Guthy-Renker Corporation ("GUTHY-RENKER") and VICTORIA PRINCIPAL PRODUCTIONS, INC., a California corporation, ("VPP") against defendant EVOLUTION SKIN THERAPY, LLC, a Texas limited liability company ("EVOLUTION SKIN THERAPY") with reference to the following facts:

A.   Plaintiff marketing partners GUTHY-RENKER and VPP in this action allege, trademark infringement and dilution, unfair competition and tortious interference with economic relationships against Defendant EVOLUTION SKIN THERAPY and seek injunctive relief against EVOLUTION SKIN THERAPY's continued alleged unfair business practices and infringing use of VPP's RECLAIM trademarks.

B.   GUTHY-RENKER and VPP use the RECLAIM trademarks in connection with the sale of their highly successful RECLAIM skin, body and hair care products.

C.   VPP has acquired and uses federal Trademark Registrations and filings for skin, body and hair care products, which are registered marks or marks pending registration, including, RECLAIM (word mark, U.S. Registration No. 2,813,256); RECLAIM BY DAY (word mark, U.S. Registration No. 3,048,475); RECLAIM BY NIGHT (word mark, U.S. Registration No. 3,039,862); RECLAIM REVITALIZING YOUTH MASK (word mark, U.S. Registration No. 3,319,358); RECLAIM REFIRMING (word mark, U.S. Registration No. 3,341,213); RECLAIM (word mark, Serial No. 77/268,647); RECLAIM EYEMAZING EYE MASK (word Mark, Serial No. 78/230,490); RECLAIM AGE BRAKER LINE

2

BREAKER (word mark, Serial No. 78/754,198); RECLAIM REFIRMING BODY LOVER LOTION (word mark, Serial No. 78/749,693); RECLAIM BUST AND BOTTOM CREAM (word mark, Serial No. 78/722,763); RECLAIM HAND FORCE (word mark, Serial No. 78/547,641); RECLAIM RADIANCE (word mark, Serial No. 78/532,217); THE RECLAIM BEAUTY PLAN (word mark, U.S. Registration No. 3,099,324); FOR A BEAUTIFUL CHANGE…RECLAIM YOURSELF (word mark, Serial No. 78/843,803); PRINCIPAL SECRET RECLAIM COMPLETE (word mark, Serial No. 77/209,738); and, PRINCIPAL SECRET RECLAIM REMEDY (word mark, Serial No. 77/209,880) (collectively "RECLAIM Marks").

F.   EVOLUTION SKIN THERAPY advertised and/or sold skincare and/or body care products under the RECLAIM name, including to consumers over the Internet.

H.   Plaintiffs GUTHY-RENKER and VPP have moved for default judgment against Defendant EVOLUTION SKIN THERAPY and said Defendant has not responded to the Complaint herein.

///
///
///

3

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over the federal claims pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338(a) and 1338(b) and has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367.

A Permanent Injunction shall be entered as follows:

2. Defendants EVOLUTION SKIN THERAPY, LLC, a Texas limited liability company and its predecessors, successors and assigns and past and present and future agents, directors, employees, officers, attorneys, representatives, sellers and all other persons acting in concert or in participation with EVOLUTION SKIN THERAPY ("collectively related parties") shall not knowingly use in commerce any unauthorized reproduction, counterfeit, copy, or colorable imitation of the trademarks RECLAIM (word mark, U.S. Registration No. 2,813,256); RECLAIM BY DAY (word mark, U.S. Registration No. 3,048,475); RECLAIM BY NIGHT (word mark, U.S. Registration No. 3,039,862); RECLAIM REVITALIZING YOUTH MASK (word mark, U.S. Registration No. 3,319,358); RECLAIM REFIRMING (word mark, U.S. Registration No. 3,341,213); RECLAIM (word mark, Serial No. 77/268,647); RECLAIM EYEMAZING EYE MASK (word Mark, Serial No. 78/230,490); RECLAIM AGE BRAKER LINE BREAKER (word mark, Serial No. 78/754,198); RECLAIM REFIRMING BODY LOVER LOTION (word mark, Serial No. 78/749,693); RECLAIM BUST AND BOTTOM CREAM (word mark, Serial No. 78/722,763); RECLAIM HAND FORCE (word mark, Serial No. 78/547,641); RECLAIM RADIANCE (word mark, Serial No. 78/532,217); THE RECLAIM BEAUTY PLAN (word mark, U.S. Registration No. 3,099,324); FOR

CISLO & THOMAS LLP
Attorneys at Law
1333 2nd STREET
SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
Telephone: (310) 451-0647    Facsimile: (310) 394-4477

A BEAUTIFUL CHANGE…RECLAIM YOURSELF (word mark, Serial No. 78/843,803); PRINCIPAL SECRET RECLAIM COMPLETE (word mark, Serial No. 77/209,738); and, PRINCIPAL SECRET RECLAIM REMEDY (word mark, Serial No. 77/209,880) as applied to skin, body and hair care products in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive; or reproduce, counterfeit, copy, or colorably imitate the foregoing marks as applied to skin, body and hair care products and apply such reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake or to deceive.  Defendant EVOLUTION SKIN THERAPY and any related parties shall also not use any of the foregoing trademarks as meta tags on any website; nor shall Defendants EVOLUTION SKIN THERAPY and any related parties purchase these words as search terms on the Internet.

3.     Defendant EVOLUTION SKIN THERAPY and any related parties shall not knowingly use on or in connection with any goods or services, or any container for goods, in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact relating to

RECLAIM, RECLAIM BY DAY, RECLAIM BY NIGHT, RECLAIM REVITALIZING YOUTH MASK, RECLAIM REFIRMING, RECLAIM EYEMAZING EYE MASK, RECLAIM AGE BRAKER LINE BREAKER, RECLAIM REFIRMING BODY LOVER LOTION, RECLAIM BUST AND

1 BOTTOM CREAM, RECLAIM HAND FORCE, RECLAIM RADIANCE, THE
2 RECLAIM BEAUTY PLAN, FOR A BEAUTIFUL CHANGE…RECLAIM
3 YOURSELF, PRINCIPAL SECRET RECLAIM COMPLETE, PRINCIPAL
4 SECRET RECLAIM REMEDY or any similar mark, which:

  (a) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant EVOLUTION SKIN THERAPY and related parties with GUTHY-RENKER and/or VPP, or as to the origin, sponsorship, or approval of Defendants EVOLUTION SKIN THERAPY and related parties' goods, services, or commercial activities by GUTHY-RENKER and/or VPP, or

  (b) in commercial advertising or promotion misrepresents the nature characteristics, qualities, or geographic origin of Defendant EVOLUTION SKIN THERAPY and related parties with GUTHY-RENKER's and/or VPP's goods, services, or commercial activities.

4. Defendant EVOLUTION SKIN THERAPY and related parties shall not without authorization from GUTHY-RENKER and/or VPP

  (a) reproduce RECLAIM-marked products or packaging in copies;

  (b) distribute RECLAIM-marked products or packaging in copies, or

  (c) display RECLAIM-marked products publicly.

5.    Defendant EVOLUTION SKIN THERAPY and related parties shall not knowingly make, use, offer to sell, or sell any goods, without authority from GUTHY-RENKER and/or VPP, having a RECLAIM–marked product, which is not suitable for substantial non-infringing use.

6.    This Court shall retain subject matter and personal jurisdiction over the parties for enforcement for all purposes of this Default Judgment and Permanent Injunction.

DATED: November 10, 2008

*Valerie Baker Fairbank*

United States District Court Judge